AO 10
Rev. 1/2006

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2005

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial)<br><br>FRIEDMAN, BERNARD A | 2. Court or Organization<br><br>EASTERN DISTRICT OF MICHIGAN | 3. Date of Report<br><br>04/18/2005 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>ACTIVE U. S. DISTRICT JUDGE | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,   Date<br>☐ Initial   ☒ Annual   ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br>01/01/2005<br>to<br>12/31/2005 |
| 7. Chambers or Office Address<br><br>100 UNITED STATES COURTHOUSE<br>231 WEST LAFAYETTE BOULEVARD<br>DETROIT, MICHIGAN 48226 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Member of the Board | Children's Hospital of Michigan |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 1982-pre | State of Michigan 48th District Court Pension Fund |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| FRIEDMAN, BERNARD A | 04/18/2005 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

[X]    NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[ ]    NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. Spouse | 2003 Self-Employment Psychological Practice |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

[X]    NONE *(No reportable reimbursements.)*

| SOURCE | DESCRIPTION |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

| Name of Person Reporting | Date of Report |
|---|---|
| FRIEDMAN, BERNARD A | 04/18/2005 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X]   NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-34 of instructions.)*

[X]   NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| FRIEDMAN, BERNARD A | 04/18/2005 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. IRA AND PENSION ACCOUNT: 48th District Court | A | Div/Int | M | T | | | | | |
| 2. Growth & Income. | | | | | | | | | |
| 3. Invesco Dynamics | | | | | | | | | |
| 4. Templeton Foreign Fund | | | | | | | | | |
| 5. STATE OF MICHIGAN 401K: | A | Div/Int | K | T | | | | | |
| 6. Dodge & Cox Stock Fund | | | | | | | | | |
| 7. Am Fund Euro-Pacific | | | | | | | | | |
| 8. Fidelity Magellan | | | | | | | | | |
| 9. Fidelity Fund Manager Program Portfolio Advisory | C | Div. | N | T | | | | | |
| 10. Lloyd's Mobile Home Ltd. P'ship Int. | B | Distribution | K | W | | | | | |
| 11. Archwood Apt. Assoc. Ltd. Partnership Interest | B | Distribution | K | W | | | | | |
| 12. Lighthouse Pte. Apt. Project Limited Partners | A | Distribution | K | W | | | | | |
| 13. Weathervane Apt. Assoc., a Ltd. Partnership | A | Distribution | K | W | | | | | |
| 14. Bellridge Apartment Assoc., Limited Partnership | A | Distribution | K | W | | | | | |
| 15. Kingsborough Ltd. P/S in Mobile Home Park | B | Distribution | K | W | | | | | |
| 16. Vista Del Sol Ltd. P/S in Mobile Home Park | B | Distribution | K | W | | | | | |
| 17. High Country, Ltd. | B | Distribution | K | W | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| FRIEDMAN, BERNARD A | 04/18/2005 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" aft each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | er (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. OLTC, Ltd. | A | Distribution | K | W | | | | | |
| 19. 29180 Van Born LLL | A | Distribution | L | W | Bought | 2-04 | K | - | 29180 Van Born LLC |
| 20. Bank One | B | Dividend | J | T | | | | | |
| 21. Certificates of Deposit and Regular Savings | C | Interest | K | T | | | | | |
| 22. Nationwise Ins. Co. | A | Interest | K | T | | | | | |
| 23. U. S. Savings Bonds | B | Interest | K | , T | | | | | |
| 24. COMMON STOCKS: | | | | | | | | | |
| 25. Pepsico | B | Dividend | N | T | | | | | |
| 26. Disney | A | Dividend | J | T | | | | | |
| 27. Kellogg | A | Dividend | K | T | | | | | |
| 28. Lockheed Martin | A | Dividend | J | T | | | | | |
| 29. CMS Energy | A | Dividend | J | T | | | | | |
| 30. NCR | A | Dividend | J | T | | | | | |
| 31. Target | A | Dividend | J | T | Bought | 10-21 | J | - | Mellon Bank |
| 32. Wal-Mart | A | Dividend | J | T | | | | | |
| 33. Glimcher Realty Trust | A | Dividend | J | T | | | | | |
| 34. Lehman Bros. Holding | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,000 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| FRIEDMAN, BERNARD A | 04/18/2005 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Magellan Fund - Fidelity | A | Interest | J | T | | | | | |
| 36. U. S. Bancorp | A | Dividend | J | T | Bought | 10-6 | J | - | Mellon Bank |
| 37. MUNICIPAL BONDS: | | | | | | | | | |
| 38. Detroit MI Sew Disp | A | Interest | J | T | | | | | |
| 39. Roseville MI Com. Schools | A | Interest | J | T | | | | | |
| 40. Huron Valley School Dist | A | Interest | J | T | | | | | |
| 41. Anmadami Schools | A | Interest | L | T | | | | | |
| 42. Romeo MI Com Schools | A | Interest | K | T | Sold | 5-2 | K | | Merrill Lynch |
| 43. Rochester Hills MI Cap | A | Interest | L | T | | | | | |
| 44. Manistee MI Public Schools | A | Interest | K | T | | | | | |
| 45. MI Mun Bd. Auth Rev | A | Interest | K | T | | | | | |
| 46. Milan MI Schools | A | Interest | K | T | Bought | 5-02 | K | | Merrill Lynch |
| 47. IRAs and SEPs: | | | | | | | | | |
| 48. FIDELITY CORP. IRA: | | | | | | | | | |
| 49. Diversified International | A | Dividend | J | T | | | | | |
| 50. Appreciation Fund | A | Dividend | K | T | | | | | |
| 51. Stock Selector Fund | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | | |
| | Q =Appraisal | V =Other | S =Assessment | T =Cash Market | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| FRIEDMAN, BERNARD A | 04/18/2005 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Magellan | A | Dividend | J | T | | | | | |
| 53. FIDELITY SEP/IRA: | | | | | | | | | |
| 54. Fidelity Canada | A | Dividend | J | T | Bought | 9-2 | J | | Fidelity |
| 55. Contrafund | A | Dividend | J | T | | | | | |
| 56. Fidelity Bal | A | Dividend | J | T | | | | | |
| 57. Fidelity Growth & Income | A | Dividend | J | T | | | | | |
| 58. Alpine Realty Income | A | Dividend | J | T | | | | | |
| 59. Janus Fund | A | Dividend | J | T | | | | | |
| 60. TWENTIETH CENTURY SEP/IRA: | | | | | | | | | |
| 61. Ultra Investors | A | Dividend | J | T | | | | | |
| 62. T. ROWE PRICE SEP/IRA: | | | | | | | | | |
| 63. Science & Technology | A | Dividend | J | T | Sold | 7-4 | J | | T. Rowe |
| 64. Capital Appreciation | A | Dividend | J | T | Bought | 7-14 | J | | T. Rowe |
| 65. COMMON STOCK HLD BY WACHOVIA | | | | | | | | | |
| 66. Abbott Labs | A | Dividend | L | T | | | | | |
| 67. Agere Sys A | A | Dividend | J | T | | | | | |
| 68. Agere Sys B | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | T =Cash Market | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| FRIEDMAN, BERNARD A | 04/18/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Air Products & Chem. | A | Dividend | K | T | | | | | |
| 70. American International Group | A | Dividend | M | T | | | | | |
| 71. Archer Daniels Midland | A | Dividend | J | T | | | | | |
| 72. AT&T | A | Dividend | K | T | | | | | |
| 73. Autoliv, Inc. | A | Dividend | J | T | | | | | |
| 74. Avaya | A | Dividend | J | T | | | | | |
| 75. Bristol Myers Squibb | A | Dividend | K | T | | | | | |
| 76. CISCO Systems | A | Dividend | K | T | | | | | |
| 77. Coca-Cola | A | Dividend | K | T | | | | | |
| 78. Comcast Corp New A | A | Dividend | J | T | | | | | |
| 79. EDS | A | Dividend | J | T | | | | | |
| 80. Exxon Mobil Corp. | A | Dividend | L | T | | | | | |
| 81. Fifth Third Bank | A | Dividend | J | T | | | | | |
| 82. Freescale Semiconductor | A | Dividend | J | T | | | | | |
| 83. Gannett Co. | A | Dividend | K | T | | | | | |
| 84. Gartner Group - B | A | Dividend | J | T | | | | | |
| 85. General Electric | A | Dividend | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | V =Other | S =Assessment | T =Cash Market | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| FRIEDMAN, BERNARD A | 04/18/2005 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. General Mills | A | Dividend | K | T | | | | | |
| 87. Halliburton | A | Dividend | J | T | | | | | |
| 88. Home Depot | A | Dividend | J | T | | | | | |
| 89. Hospira Inc. | A | Dividend | J | T | | | | | |
| 90. Imagistics Int'l | A | Dividend | J | T | Redemption | 10-28 | J | | Wachovia |
| 91. IMS | A | Dividend | J | T | | | | | |
| 92. Intel Corp. | A | Dividend | L | T | | | | | |
| 93. IBM | A | Dividend | M | T | | | | | |
| 94. Iomega Corp. | A | Dividend | J | T | | | | | |
| 95. Janus Cap Group, Inc. | A | Dividend | J | T | | | | | |
| 96. Johnson & Johnson | A | Dividend | M | T | | | | | |
| 97. J. P. Morgan Chase | A | Dividend | L | T | | | | | |
| 98. Kimberly Clark | A | Dividend | K | T | | | | | |
| 99. Kroger Co. | A | Dividend | J | T | Sold | 12-3 | L | | Wachovia |
| 100. Limited | A | Dividend | J | T | | | | | |
| 101. Lucent Technologies, Inc. | A | Dividend | J | T | | | | | |
| 102. Masco Corp. | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| FRIEDMAN, BERNARD A | 04/18/2005 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. McDonald's Corp. | A | Dividend | K | T | | | | | |
| 104. Medco Health Solutions | A | Dividend | J | T | | | | | |
| 105. Merck & Co. | B | Dividend | L | T | | | | | |
| 106. Motorola | A | Dividend | M | T | | | | | |
| 107. Neenah Paper, Inc. | A | Dividend | J | T | | | | | |
| 108. Perot Systems | A | Dividend | J | T | | | | | |
| 109. Pitney Bowes | A | Dividend | J | T | | | | | |
| 110. Prudential Financial | A | Dividend | J | T | | | | | |
| 111. Rohm & Hass Co. | A | Dividend | J | T | | | | | |
| 112. Royal Dutch Petroleum | A | Dividend | K | T | | | | | |
| 113. Synvant | A | Dividend | J | T | Redemption | 11-5 | J | | Wachovia |
| 114. Sysco Corp. | A | Dividend | L | T | | | | | |
| 115. Time Warner | A | Dividend | J | T | | | | | |
| 116. Too, Inc. | A | Dividend | J | T | | | | | |
| 117. Total Fina | A | Dividend | K | T | | | | | |
| 118. Tyco International | A | Dividend | K | T | | | | | |
| 119. Wachovia Corp. | A | Dividend | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| FRIEDMAN, BERNARD A | 04/18/2005 |

## VII. INVESTMENTS and TRUSTS — *Income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. Walgreen | A | Dividend | J | T | | | | | |
| 121. Walt Disney | A | Dividend | K | T | | | | | |
| 122. Whole Foods | A | Dividend | J | T | | | | | |
| 123. Zimmer Holdings | A | Dividend | J | T | | | | | |
| 124. 3 M Co. | A | Dividend | K | T | | | | | |
| 125. COLUMBIA SPECIAL FUND | A | Dividend | J | T | | | | | |
| 126. JANUS OVERSEAS FUND | A | Dividend | J | T | | | | | |
| 127. R S EMERGING GROWTH | A | Dividend | J | T | | | | | |
| 128. ONE GROUP: | | | | | | | | | |
| 129. One Group Mid-Cap Value Fund | A | Dividend | K | T | | | | | |
| 130. One Group Diversified Mid-Cap | A | Dividend | K | T | | | | | |
| 131. One Group Small Cap Value Fund | A | Dividend | K | T | | | | | |
| 132. One Group International Fund | A | Dividend | J | T | | | | | |
| 133. VANGUARD: | | | | | | | | | |
| 134. Growth Index Fund | A | Dividend | J | T | | | | | |
| 135. FIDELITY PORTFOLIO FND. MGR. ACCT. (NO CONTROL/ASSET SELEC.) | C | Dividend | O | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | T =Cash Market | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| FRIEDMAN, BERNARD A | 04/18/2005 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

███████ I are trustees of an Irrevocable Living Trust created January 19, 1990, by ███████ for the sole purpose of owning an insurance policy on their lives.

| Name of Person Reporting | Date of Report |
|---|---|
| FRIEDMAN, BERNARD A | 04/18/2005 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Date  4/20/06

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544